**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

STEVE WIGGINS, an individual, and BRANDILYNN GREIG, an individual,

Plaintiffs,

v.

ENDLESS CONCEPTS CONTRACTING, LLC, a Missouri limited liability company d/b/a BOSS HOG CONTRACTING; and BOSS HOG BARNDOMINIUMS LLC, an Indiana limited liability company,

Defendants.

## NOTICE OF REMOVAL

Defendants Endless Concepts Contracting LLC d/b/a Boss Hog Contracting ("Endless Concepts") and Boss Hog Barndominiums LLC ("Boss Hog") (collectively, "Defendants") hereby remove this action from the District Court for the State of Colorado, County of Las Animas to the United States District Court for the District of Colorado on the basis of diversity jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441. In support of this Notice of Removal (the "Notice of Removal"), Defendants state as follows:

**A. Procedural History and Background**

1. Plaintiffs, Steve Wiggins and BrandiLynn Greig, commenced this action by filing a Complaint & Jury Demand (the "Complaint") in the District Court for the State of Colorado, County of Las Animas. (*See* Complaint attached hereto as **Exhibit A**).

2. Plaintiffs served Boss Hog with the Complaint on April 22, 2025, and served Endless Concepts with the Complaint on May 1, 2025. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

**B. The Parties**

3. Plaintiffs, Steve Wiggins and BrandiLynn Greig, are individuals and the owners of real property located at 22968 Elk Trail, Aguilar, Colorado 8120 (the "Property"). (Ex. A at ¶ 1). Plaintiffs' claims in this lawsuit arise from a construction project on the Property. (Ex. A).

4. Endless Concepts is a Missouri limited liability company with its principal place of business in Missouri. (Ex. A at ¶ 2).

5. Boss Hog is an Indiana limited liability company with its principal place of business in Indiana. (Ex. A at ¶ 3).

6. This Court has original jurisdiction over this action based on diversity jurisdiction. The action is being removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441.

**C. The Amount in Controversy Requirement is Satisfied**

7. The Complaint asserts five (5) claims against Defendants for negligence, negligence per se, breach of warranty, breach of contract, and negligent misrepresentation or nondisclosure. (Ex. A).

8. Plaintiffs allege their claims exceed $100,000. (Ex. A at ¶ 6).

9. The amount in controversy requirement under 28 U.S.C. § 1332(a) is therefore satisfied.

**D. There is Complete Diversity of Citizenship Between the Parties**

10. A party establishes diversity jurisdiction by demonstrating complete diversity meaning "there is no plaintiff and no defendant who are citizens of the same State." *Wisconsin Dep't of Corr. v. Schacht*, 524 U.S. 381, 388 (1998).

11. Complete diversity exists here because Plaintiffs are citizens of Colorado while Defendants are Citizens of Indiana and Missouri.

### i. Plaintiffs are Citizens of Colorado

12. For purposes of federal diversity jurisdiction, an individual's state citizenship is equivalent to their domicile. *Smith v. Cummings*, 445 F.3d 1254, 1259 (10th Cir. 2006).

13. Plaintiffs, Steve Wiggins and BrandiLynn Greig, are domiciled in and citizens of Colorado.

14. Plaintiffs own the Property located in Colorado. (Ex. A at ¶ 1).

15. In the "General Contractor to Client Construction Agreement" dated May 16, 2024 at issue in this matter, and which both Plaintiffs executed, Plaintiffs' listed the Property as their "mailing address." (*See* Ex. A at ¶ 7; General Contractor to Client Construction Agreement attached hereto as **Exhibit B**).

### ii. Endless Concepts is a Citizen of Missouri

16. Endless Concepts is a limited liability company organized under Indiana law.

17. For the purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of each of all of its members. *Gwilt v. Harvard Square Ret. & Assisted Living*, 537 F. Supp. 3d 1231, 1245 (D. Colo. 2021).

18. Endless Concepts has two (2) members: Amanda Ross and William David Ross. Therefore, Endless Concepts is a citizen of the State(s) where these individuals are citizen(s).

19. Amanda Ross resides and is domiciled in Missouri, and is, therefore, a citizen of Missouri for purposes of diversity jurisdiction. (*See* Declaration of A. Ross attached hereto as **Exhibit C** at ¶ 2).

20. William David Ross resides and is domiciled in Missouri, and is, therefore, a citizen of Missouri for purposes of diversity jurisdiction. (*Id*. at ¶ 3).

21. Accordingly, Endless Concepts is a citizen of Missouri. *Gwilt*, 537 F. Supp. 3d at 1245.

### iii. Boss Hog is a Citizen of Indiana

22. Boss Hog is a limited liability company organized under Indiana law.

23. Boss Hog has four (4) members: Amanda Ross, Allen Erwin, Scott Poynter, and Jeff McClintic. Therefore, Boss Hog is a citizen of the State(s) where these individuals are citizen(s).

24. Amanda Ross, again, resides and is domiciled in Missouri, and is, therefore, a citizen of Missouri for purposes of diversity jurisdiction. (*Id.* at ¶ 2).

25. Allen Erwin resides and is domiciled in Missouri, and is, therefore, a citizen of Missouri for purposes of diversity jurisdiction. (*Id.* at ¶¶ 3-4; *see also* Indiana Secretary of State Business Entity Details attached hereto as **Exhibit D**).

26. Scott Poynter resides and is domiciled in Indiana, and is, therefore, a citizen of Indiana for purposes of diversity jurisdiction. (Ex. C at ¶¶ 3, 5; *see also* Ex. D).

27. Jeff McClintic resides and is domiciled in Indiana, and is, therefore, a citizen of Indiana for purposes of diversity jurisdiction. (*Id.* at ¶¶ 3, 6; *see also* Ex. D).

28. Accordingly, Boss Hog is a citizen of Missouri and Indiana. *Gwilt*, 537 F. Supp. 3d at 1245.

29. Because no Plaintiff and no Defendant are citizens of the same State, complete diversity exists for purposes of 28 U.S.C. § 1332.

### E. Venue is Proper in This Court

30. For removal purposes, venue is proper in this Court pursuant to 28 U.S.C. §§ 93(a)(1) and 1442(a) because the United States District Court for the District of Colorado is the

Court in the federal judicial district embracing the District Court for the State of Colorado, County of Las Animas, where Plaintiffs originally filed this action.

### F. Conclusion

31.     This action satisfies the amount in controversy requirement of 28 U.S.C. § 1332(a) because Plaintiff's Complaint seeks in excess of $100,000 in damages.

32.     This action satisfies the complete diversity of citizenship requirement of 28 U.S.C. § 1332(a)(1) because Plaintiffs are Colorado citizens, Endless Concepts is a Missouri citizen, and Boss Hog is a citizen of Indiana and Missouri.

33.     This Notice of Removal has been filed timely pursuant to 28 U.S.C. § 1441(b)(1).

34.     The United States District for the District of Colorado is the proper venue for removal of this action pursuant to 28 U.S.C. § 1446(a) and 28 U.S.C. § 85.

35.     Defendants will promptly provide Plaintiffs with written notice of the filing of this Notice of Removal and a true and accurate copy of this Notice of Removal will be filed with the Clerk of the District Court for the State of Colorado, County of Las Animas, as required by 28 U.S.C. § 1446(d).

36.     Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders on file with the Circuit Court of Cook County, Illinois, in the State Court Action are attached hereto as **Exhibit E**.

WHEREFORE, Defendants respectfully request that this action be removed to this Court and proceed under the Federal Rules of Civil Procedure and the laws of the United States, and further seek such other relief as this Court deems just and proper.

Dated: May 22, 2025                                          Respectfully Submitted,

          **Endless Concepts Contracting LLC d/b/a Boss Hog Contracting and Boss Hog Barndominiums LLC**

          */s/ Chris J. Chasin*

          One of their Attorneys

Chris J. Chasin
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60303
T: (312) 499-6700
F: (312) 499-6701
E: CJChasin@duanemorris.com

6

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on May 22, 2025, he caused the foregoing notice to be filed electronically filed with the Court, using the electronic filing service provider of CM/ECF, and to be served via electronic mail upon:

Ivan A. Sarkissian
Tyler M. Campbell
McConaughy & Sakissian, P.C.
4725 S. Monaco Street, Suite 200
Denver, CO 80237
Telephone: (303) 649-0999
Fax: (303) 649-0990
isarkissian@mslawpc.com
tcampbell@mslawpc.com
*Attorneys for Plaintiffs*

                                                                        */s/ Chris J. Chasin*
                                                                        Chris J. Chasin