# EXHIBIT B

# General Contractor to Client Construction Agreement

(Financed Build)

**Agreement Terms:**

I. **The Parties.** This Construction Contract ("Agreement") is made between:
**Client**: Brandilynn Greig & Steve Wiggins with a **mailing address** of 22968 Elk Trail, **City** of Aguilar, **State** of Colorado,

AND

**Contractor**: Endless Concepts with a **mailing address** of 21027 State Hwy 76, **City** of Cassville, **State** of Missouri ("Contractor").

WHEREAS the Client intends to pay the Contractor for Services provided. The pay is completed on a draw system that is set by the lender. The minimum initial draw will be 10% plus cost of framing.
Up to 5% of the initial draw includes administrative fees and expenses, this is nonrefundable. The administrative fee includes any expenses incurred by the general contractor prior to breaking ground (travel expense for site visit, insurance, general contractor pay, ect).

II. The Services. The Contractor agrees to perform the following:

- [X] Full turn-key / move-in ready build
- [ ] Partial build
- [ ] Foundation and exterior shell
- [ ] Site work
- [ ] Well
- [ ] Septic
- [ ] Sewer
- [ ] Demolition

**Requirements:**

1. The General Contractor agrees to fulfill the entirety of the stated Services in this signed agreement to the client's satisfaction.
2. The Client hereby agrees that the General Contractor has the right to make changes within reason to keep the agreed upon Services at the predetermined budget. Whether that be due to price increases from supply and demand of materials or client requests that were not in the agreed upon quote at the start of the Services.
3. General Contractor will supply their own insurance for the main holding insurance on the entire project.
4. Any changes on the Client's requests that exceed the budget of existing line items will be estimated by the general contractor and, if deemed necessary to stay within the construction loan amount, the cost of the newly requested change may require special payment from the client's own personal funding.
5. The General Contractor will select and pay all supervisors and sub-contractors to fulfill the Services to completion.
6. General Contractor agrees to uphold the Boss Hog Barndominium brand to complete the project to the utmost satisfaction of the customer.
7. The General Contractor does not offer a warranty on materials used and is not liable for any changes or alterations of any sort made by the Client.
8. The General Contractor is not liable for any services or purchasing outside of this signed agreement.

**Estimated Cost of Build:** $451095.00

**Signatures:**

DocuSigned by: Amanda Ross
—3AA76CA192A34F1...
General Contractor

5/7/2024
Date

DocuSigned by: Brandilynn Greig
—8BAC8C6595D24EC...
Customer

5/16/2024
Date

DocuSigned by: Steve Wiggins
—66FA4AA7C2D1446...

5/16/2024
Date