# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

STEVE WIGGINS, an individual, and BRANDILYNN GREIG, an individual,

Plaintiffs,

v.

ENDLESS CONCEPTS CONTRACTING, LLC, a Missouri limited liability company d/b/a BOSS HOG CONTRACTING; and BOSS HOG BARNDOMINIUMS LLC, an Indiana limited liability company,

Defendants.

**DECLARATION OF AMANDA ROSS**

I, Amanda Ross, declare:

1. I am an individual over the age of eighteen. The following information is true and correct based upon my personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. I reside in Missouri and am domiciled in Missouri.

3. I have personally known William David Ross, Allen Erwin, Scott Poynter, and Jeff McClintic for several years.

4. I know William David Ross to reside and be domiciled in Missouri.

5. I know Allen Erwin to reside and be domiciled in Missouri.

6. I know Scott Poynter to reside and be domiciled in Indiana.

7. I know Jeff McClintic to reside and be domiciled in Indiana.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of May, 2025.

/s/ *Amanda Ross*
Amanda Ross

2