# EXHIBIT D

> BUSINESS INFORMATION
> DIEGO MORALES
> INDIANA SECRETARY OF STATE
> 05/21/2025 03:54 PM

### Business Details

| | |
|---|---|
| Business Name: | BOSS HOG BARNDOMINIUMS LLC |
| Entity Type: | Domestic Limited Liability Company |
| Creation Date: | 09/05/2022 |
| Principal Office Address: | 1297 Silver Ridge Ln., Brownsburg, IN, 46112, USA |
| Jurisdiction of Formation: | Indiana |
| Business ID: | 202209051620741 |
| Business Status: | Active |
| Inactive Date: | |
| Expiration Date: | Perpetual |
| Business Entity Report Due Date: | 09/30/2026 |
| Years Due: | |

### Governing Person Information

| Title | Name | Address |
|---|---|---|
| Member | Scott Andrew Poynter | 1297 Silver Ridge Ln., Brownsburg, IN, 46112, USA |
| Member | Jeffrey Isaac McClintic | 1297 Silver Ridge Ln., Brownsburg, IN, 46112, USA |
| Member | Amanda Ross | 21027 State Hwy 76, Cassville, MO, 65625, USA |
| Member | Donald Allen Erwin | 308 Farm Road 2065, Purdy, MO, 65734, USA |

### Registered Agent Information

| | |
|---|---|
| Type: | Business Commercial Registered Agent |
| Name: | UNITED STATES CORPORATION AGENTS, INC. |
| Address: | 8520 Allison Pointe Blvd., Ste. 220, Indianapolis, IN, 46250, USA |